# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **STANLEY L. BROWN, #267049** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 2:09-0063-CG-N |
| **ROGER GOODMAN, et al.**, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 16th day of September, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE