# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **STANLEY L. BROWN, #267049** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 2:09-0063-CG-N |
| **ROGER GOODMAN, et al.**, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 16th day of September, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE